EL PUEBLO *v.* RIVERA.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 92.—Resuelto en octubre 11, 1907.

APELACIÓN—SENTENCIAS EN CAUSAS CRIMINALES.—Las sentencias dictadas por las cortes de distrito en las apelaciones procedentes de las cortes municipales, no deben ser en el sentido de confirmar la dictada por la corte inferior, sino que, celebrándose de nuevo el juicio, deben proceder á dictar nueva sentencia con arreglo á sus resultancias.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El acusado en el presente caso fué procesado mediante una denuncia por hurto de menor cuantía, y en apelación ante la Corte de Distrito de Ponce fué condenado á la pena de quince días de cárcel. En esta corte no compareció el apelante el día de la vista. La prueba no nos fué certificada en ninguna forma, y no encontramos nada que nos justificaría la revocación de la sentencia apelada, la que debe confirmarse.

En vista de que el juicio ante la Corte de Distrito fué un proceso *de novo,* la sentencia de dicha corte no ha debido ser en forma de confirmación de la sentencia de la corte inferior, y la sentencia de este tribunal confirmará meramente la imposición de la pena y de las costas.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.